FILED APR 19 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Jorge Catalan-Dominguez, <br><br> Defendant. | Case No. ED 10-84 M <br><br> ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern Dist. Calif.__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

The Court finds that:

A.   (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on • __UNKNOWN TIES TO THE COMMUNITY; UNKNOWN BAIL RESOURCES;__

1

1 • UNDOCUMENTED IMMIGRATION STATUS

3 and/or

4 B. ( ) The defendant has not met his/her burden of establishing by clear and
5 convincing evidence that he/she is not likely to pose a danger to the safety of any
6 other person or the community if released under 18 U.S.C. § 3142 (b) or (c). This
7 finding is based on: _____

_____

_____

_____.

12    IT THEREFORE IS ORDERED that the defendant be detained pending the
13 further revocation proceedings.

15 DATED: 4/19/10

18 _____
   DAVID T. BRISTOW
19 UNITED STATES MAGISTRATE JUDGE